Fernando Santana
#19A1986
Bare Hill Corr Fac
Box 20, 181 Brand Road
Malone, New York 12953

REGULAR MAIL
Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150


RECEIVED
FEB 05 2020
U.S.D.C.
S.D.N.Y.

RE: Santana v. Village of Dobbs Ferry
SDNY Docket No.: 18 CIV 10321 (KMK)

Dear Judge Karas:

This is a notice of change of address please send scheduling dates to me at the address stated above. Thank you in advance for taking care of this matter.

Sincerely,

**BARE HILL CORRECTIONAL FACILITY**
CALLER BOX 20, 181 BRAND ROAD
MALONE, NEW YORK 12953

NAME: Fernando Santana DIN: 19A1986

Bare Hill Correctional Facility

NEOPOST 01/30/2020
US POSTAGE $000.50⁰
FIRST-CLASS MAIL
ZIP 12953
041M11277530

Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, N.Y. 10601-4150

Legal Mail