Copy Mailed to Pro Se Plaintiff of Record

# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

April 9, 2020

## CANCELLATION NOTICE

The status conference scheduled for Monday, April 13, 2020, at 9:45 AM, before the Honorable Lisa Margaret Smith, United States Magistrate Judge, in the matter of Santana v. Dobbs Ferry Police Department, et al., 18-cv-10321 (KMK) (LMS), has been *cancelled*.

SO ORDERED: *[signature]*
Hon. Lisa Margaret Smith
U.S.M.J.