```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SANATANA,
```

                              Plaintiff,

v.                                           **ORDER**

DOBBS FERRY POLICE DEPARTMENT,      18-cv-10321 (PMH)
et al.,

                              Defendants.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

       This matter has been reassigned to me. Due to a further conference scheduled before Magistrate Judge Smith and to allow the parties to continue engaging in discovery, the case management conference previously scheduled for June 23, 2020 is hereby cancelled.

**SO ORDERED:**

Dated: New York, New York
       June 1, 2020

                                                  _____
                                                  Philip M. Halpern
                                                  United States District Judge