UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FERNANDO SANTANA,

                Plaintiff,

    -against-                                   Docket No.: 18-cv-10321 (PMH)(LMS)

VILLAGE OF DOBBS FERRY, LIEUTENANT     **PROPOSED ORDER**
MARTIN COSTER, DETECTIVE PORFIRIO
RODRIGUEZ, DETECTIVE BRIAN HENNESSY,
DETECTIVE JEFFREY JEE, OFFICER JUSTIN
MUSCARELLA, OFFICER JULIUS DEREVJANIK,
OFFICER JOSEPH PALLADINO, OFFICER JAMIEL
CASTIELLO, and OFFICER ROBERT MARRON,
sued in their official capacities,

                Defendants.
------------------------------------------------------------X

      **WHEREAS**, Plaintiff Fernando Santana (DIN 19A1986) ("Plaintiff"), who is a party to the above-captioned matter, is currently incarcerated in the Bare Hill Correctional Facility ("Bare Hill") in Malone, New York;

      **WHEREAS**, Defendants intend to conduct a deposition of Plaintiff via videoconference as part of the discovery process in this case;

      **IT IS HEREBY ORDERED** that the deposition shall be conducted under the following conditions:

1. That Plaintiff be provided with access to a computer and/or any other equipment necessary to allow Plaintiff to participate in the deposition;

2. That Plaintiff be permitted to bring with him to the deposition any and all materials in his possession related to this lawsuit including but not limited to personal notes, copies of

pleadings and correspondence, and copies of documents provided to Plaintiff by Defense Counsel;

3. That Plaintiff be provided with a pencil and paper to take notes during the deposition and that he be permitted to preserve any notes that he takes

**SO ORDERED.**

Dated: June 29, 2020
       White Plains, New York

_____
    LISA MARGARET SMITH
    United States Magistrate Judge